1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CRAIG JOHNSON,

11              Petitioner,                      No. CIV S-11-0228 DAD (TEMP) P

12        vs.

13   G. SWARTHOUT,

14              Respondent.                      ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

                                                 1

1           2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: February 16, 2011.

4

5                                _Dale A. Drozd_____

6                               DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

7

8 DAD:hm
john0228.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2